

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2016

No. 04-16-00713-CV

**TWO THOUSAND NINE HUNDRED SEVENTY-SEVEN DOLLARS ($2,977.00) IN UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2653-CV
Honorable William Old, Judge Presiding

# O R D E R

Appellant is an inmate acting pro se in a civil suit. In his notice of appeal, Appellant moved this court to appoint appellate counsel.

A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003) (citing *Travelers Indem. Co. of Conn. v. Mayfield*, 923 S.W.2d 590, 594 (Tex. 1996)); *see also* TEX. GOV'T CODE ANN. § 24.016 (West 2004). Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. *See Gibson*, 102 S.W.3d at 713 (denying court-appointed counsel to an indigent inmate for his civil suit against prison personnel).

Appellant's motion for court-appointed appellate counsel is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court